IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILFREDO RIVERA, | : | Civil No. 3:14-cv-319 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| BART JOSEPHWICZ, et al. | : | |
| Defendants | : | |

FILED
SCRANTON
JUL 1 3 2017
PER _____
DEPUTY CLERK

## ORDER

**AND NOW**, this 13th day of July, 2017, for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. Defendants' motion (Doc. 18) for summary judgment is **GRANTED**. Judgment shall be **ENTERED** in favor of Defendants Bart Josephwicz, Jerome Walsh, Mark Pall, and Gary Gordon, and against Plaintiff Wilfredo Rivera.

2. The Clerk of Court is directed to **CLOSE** this action.

3. Any appeal from this Order is **DEEMED** frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge